# Court of Appeals
# of the State of Georgia

ATLANTA,___July 25, 2012___

*The Court of Appeals hereby passes the following order:*

**A12A2152.  DAMIAN WHITAKER v. BROOK GLAEFKE.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Damian Whitaker appealed the magistrate court's decision to the superior court, which affirmed the magistrate court ruling on motion for summary judgment.  Whitaker then filed this direct appeal.

When a superior court order involves a de novo appeal from a magistrate court ruling, an appellant is required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Whitaker's failure to adhere to the discretionary appeal procedure deprives us of jurisdiction.  This appeal is therefore DISMISSED



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, _07/25/2012___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____ *, Clerk.*